**424**

Joseph Lunares, El Paso, TX, pro se.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joseph Lunares has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lunares has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal.

The record does reveal a clerical error in the judgment. The judgment reflects the offense of conviction for Count 1 of the indictment as importing 100 kilograms or more of marijuana, violations of 21 U.S.C. §§ 952 and 960. However, Lunares was charged in Count 1 of the indictment and pleaded guilty to conspiracy to possess with intent to distribute 100 kilograms or more of marijuana, violations of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vii).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. This matter is REMANDED for correction of the clerical error pursuant to FED.R.CRIM.P. 36.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sandra Robert JACOB; Kirt Jacob, Jr., Individually and on Behalf of Decedent Kirt Jacob Sr.; Tina Jacob Brouwer, Plaintiffs–Appellants

v.

GRAND CASINOS OF MISSISSIPPI, LLC–Gulfport, Doing Business as Grand Casino Gulfport, Defendant–Appellee.

No. 07–30573.

United States Court of Appeals, Fifth Circuit.

June 6, 2008.

Kevin Patrick Klibert, Becnel Law Firm, Reserve, LA, Ronnie G. Penton, Slidell, LA, for Plaintiffs–Appellants.

Robert H. Murphy, Murphy, Rogers & Sloss, New Orleans, LA, for Defendant–Appellee.

Before JONES, Chief Judge, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM: *

There being no reversible error, the judgment of the district court is AF-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

FIRMED. *See* 5TH CIRCUIT LOC. RULE 47.6.

UNITED STATES of America, Plaintiff–Appellee

v.

Kenneth Reven MCCLAIN, also known as Roosevelt Hicks, also known as Lonnie Smith, also known as Corey Arness, also known as Keith Perry, also known as Jessie, also known as Paul Linder, Defendant–Appellant.

No. 06–10971
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 6, 2008.